** E-filed January 19, 2012 **

| | |
|---|---|
| MUNGER, TOLLES & OLSON LLP<br>HENRY WEISSMANN (SBN 132418)<br>Henry.Weissmann@mto.com<br>355 South Grand Avenue,<br>Thirty-Fifth Floor<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702 | LIEFF, CABRASER, HEIMANN &<br>BERNSTEIN, LLP<br>Michael W. Sobol (State Bar No. 194897)<br>msobol@lchb.com<br>275 Battery St., 29th Fl.<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 |
| MUNGER, TOLLES & OLSON LLP<br>ROSEMARIE T. RING (SBN 220769)<br>Rose.Ring@mto.com<br>JONATHAN H. BLAVIN (SBN 230269)<br>Jonathan.Blavin@mto.com<br>VICTORIA L. BOESCH (SBN 228561)<br>Victoria.Boesch@mto.com<br>BRYAN H. HECKENLIVELY (SBN 279140)<br>Bryan.Heckenlively@mto.com<br>560 Mission Street<br>Twenty-Seventh Floor<br>San Francisco, CA 94105-2907<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077 | *Attorneys for Plaintiff and the Proposed Class* |

Attorneys for Defendant, HTC AMERICA, INC.

*Additional Counsel listed on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL ALLAN, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARRIER IQ, INC., a Delaware corporation, HTC CORPORATION, a Taiwan company; HTC AMERICA, INC., a Washington corporation; and DOES 1-100,<br><br>Defendants. | CASE NO. CV-11-06613 HRL<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER**<br>(MODIFIED BY THE COURT) |

16154954.2

STIP. EXTENDING TIME TO RESPOND TO
COMPLAINT & [PROPOSED] ORDER
CASE NO. 11-06613 HRL

1   WHEREAS the above-referenced plaintiff filed the above-captioned case;

2   WHEREAS the above-referenced plaintiff alleges violations of the Federal

3  Wiretap Act and other laws by the defendants in this case;

4   WHEREAS over 50 other complaints have been filed to-date in federal district

5  courts throughout the United States by plaintiffs purporting to bring class actions on behalf of

6  cellular telephone and other device users on whose devices software made by defendant Carrier

7  IQ, Inc. is or has been embedded (collectively, including the above-captioned matter, the "CIQ

8  cases");

9   WHEREAS, a motion is pending before the Judicial Panel on Multidistrict

10 Litigation to transfer the CIQ cases to this jurisdiction for coordinated or consolidated pretrial

11 proceedings pursuant to 28 U.S.C. § 1407, and numerous responses to the motion supporting

12 coordination or consolidation have been filed;

13  WHEREAS plaintiff anticipates the possibility of one or more consolidated

14 amended complaints in the CIQ cases;

15  WHEREAS plaintiff and defendants Carrier IQ, Inc. and HTC America, Inc. have

16 agreed that an orderly schedule for any response to the pleadings in the CIQ cases would be more

17 efficient for the parties and for the Court;

18  WHEREAS plaintiff agrees that the deadline for defendants Carrier IQ, Inc. and

19 HTC America, Inc. to answer, move, or otherwise respond to their complaint shall be extended

20 until the earliest of the following dates: (1) forty-five days after the filing of a consolidated

21 amended complaint in the CIQ cases; or (2) forty-five days after plaintiff provides written notice

22 to defendants that plaintiff does not intend to file a consolidated amended complaint; or (3) as

23 otherwise ordered by this Court or the MDL transferee court; *provided*, however, that in the event

24 that Carrier IQ, Inc. or HTC America, Inc. should agree to an earlier response date in any of the

25 CIQ cases, Carrier IQ, Inc. or HTC America, Inc., whichever of these two defendants has so

26 agreed, will respond to the complaint in the above-captioned case on that agreed date;

27  WHEREAS plaintiff further agrees that this extension is available, without further

28 stipulation with counsel for plaintiff, and the court to all named defendants who notify plaintiff in writing of

16154954.2   - 1 -   STIP. EXTENDING TIME TO RESPOND TO
COMPLAINT & [PROPOSED] ORDER
CASE NO. 11-06613 HRL

1 their intention to join this Stipulation;

2 WHEREAS this Stipulation does not constitute a waiver by HTC America, Inc. of
3 any defense, including but not limited to the defenses of lack of personal jurisdiction, subject
4 matter jurisdiction, improper venue, sufficiency of process or service of process;

5 WHEREAS, with respect to any defendant joining the Stipulation, this Stipulation
6 does not constitute a waiver of any defense, including but not limited to the defenses of lack of
7 personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process, or
8 service of process; and

9 WHEREAS, plaintiff and defendants Carrier IQ, Inc. and HTC America, Inc., as
10 well as any defendant joining this Stipulation, agree that preservation of evidence in the CIQ
11 cases is vital, that defendants have received litigation hold letters, that they are complying with
12 and will continue to comply with all of their evidence preservation obligations under governing
13 law, and that that the delay brought about by this Stipulation should not result in the loss of any
14 evidence;

15 Now, therefore, pursuant to Civil Local Rules 6-1, 6-2, and 7-12, plaintiff in the
16 above-referenced case and defendants Carrier IQ, Inc. and HTC America, Inc., by and through
17 their respective counsel of record, hereby stipulate as follows:

18     1. The deadline for Carrier IQ, Inc. and HTC America, Inc. to answer, move, or
19 otherwise respond to plaintiff's complaint shall be extended until the earliest of the
20 following dates: forty-five days after the filing of a consolidated amended
21 complaint in these cases; or forty-five days after plaintiff provides written notice to
22 defendants that plaintiff does not intend to file a Consolidated Amended
23 Complaint; or as otherwise ordered by this Court or the MDL transferee court;
24 *provided*, however, that in the event that Carrier IQ, Inc. or HTC America, Inc.
25 should agree to an earlier response date in any of the CIQ cases, except by court
26 order, Carrier IQ, Inc. or HTC America, Inc., whichever of these two defendants
27 has so agreed, will respond to the complaint in the above-captioned case on that
28 agreed date;

16154954.2      - 2 -      STIP. EXTENDING TIME TO RESPOND TO COMPLAINT & [PROPOSED] ORDER
CASE NO. 11-06613 HRL

2. This extension is available, without further stipulation with counsel for plaintiff, to all named defendants who notify plaintiff <ins>and the court</ins> in writing of their intention to join this Stipulation;

3. This Stipulation does not constitute a waiver by Carrier IQ, Inc., HTC America, Inc. or any other named defendant joining the Stipulation of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process, or service of process.

4. As a condition of entry into this Stipulation, defendants Carrier IQ, Inc., HTC America, Inc., and any other defendant(s) joining this Stipulation, and the plaintiff, agree that they are complying with and will continue to comply with all evidentiary preservation obligations under governing law.

IT IS SO STIPULATED.

16154954.2     - 3 -     STIP. EXTENDING TIME TO RESPOND TO COMPLAINT & [PROPOSED] ORDER
CASE NO. 11-06613 HRL

1  DATED: January 13, 2012

2
                                                 By: */s/ Michael W. Sobol*
3
                                                 LIEFF, CABRASER, HEIMANN &
4                                                BERNSTEIN, LLP
                                                 Michael W. Sobol (State Bar No. 194897)
5                                                msobol@lchb.com
                                                 275 Battery St., 29th Fl.
6                                                San Francisco, CA 94111-3339
                                                 Telephone:   (415) 956-1000
7                                                Facsimile:   (415) 956-1008

8                                                *Attorneys for Plaintiff and the Proposed Class*

9  DATED: January 13, 2012                       Fenwick & West LLP
                                                 Tyler G. Newby
10                                               Jennifer J. Johnson

11

12                                               By: */s/ Tyler G. Newby*
                                                     Tyler G. Newby
13                                                   Attorneys for Defendant
                                                     Carrier IQ, Inc.
14
   DATED: January 13, 2012                       Munger, Tolles & Olson LLP
15                                               Henry Weissmann
                                                 Rosemarie T. Ring
16                                               Jonathan H. Blavin
                                                 Victoria L. Boesch
17                                               Bryan H. Heckenlively

18

19                                               By: */s/ Rosemarie T. Ring*
                                                     Rosemarie T. Ring
20                                                   Attorneys for Defendant
                                                     HTC AMERICA, INC.
21

22 Additional counsel:

23 Fenwick & West LLP
   Tyler G. Newby
24 tnewby@fenwick.com
   Jennifer J. Johnson
25 jjjohnson@fenwick.com
   555 California Street, 12th Floor
26 San Francisco, California 94104
   Telephone: (415) 875-2300
27 Facsimile:  (415) 281-1350

28

16154954.2                              - 4 -                STIP. EXTENDING TIME TO RESPOND TO
                                                             COMPLAINT & [PROPOSED] ORDER
                                                             CASE NO. 11-06613 HRL

| | |
|---|---|
| 1 | |
| 2 | Fenwick & West LLP<br>Rodger R. Cole<br>rcole@fenwick.com |
| 3 | Molly R. Melcher<br>mmelcher@fenwick.com |
| 4 | Silicon Valley Center<br>801 California Street |
| 5 | Mountain View, California 94041<br>Telephone:  (650) 988-8500 |
| 6 | Facsimile:  (650) 938-5200 |
| 7 | *Attorneys for Defendant Carrier IQ, Inc.* |

16154954.2 — - 5 -

STIP. EXTENDING TIME TO RESPOND TO
COMPLAINT & [PROPOSED] ORDER
CASE NO. 11-06613 HRL

1 **[PROPOSED] ORDER**

2     PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

Dated: January 19, 2012

5     _____
      Hon. Howard R. Lloyd
6     United States Magistrate Judge

## **CERTIFICATION**

I, Rosemarie T. Ring, am the ECF User whose identification and password are being used to file this STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER.  In compliance with General Order 45.X.B., I hereby attest that Michael W. Sobol and Tyler G. Newby concurred in this filing.